1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CLAUDIA A. QUIROZ (CABN 254419)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7428
7       FAX: (415) 436-3495
        claudia.quiroz@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14

15  UNITED STATES OF AMERICA,           )  NO.  CR 16-0461- LHK
                                        )
16       Plaintiff,                     )  [PROPOSED] ORDER EXCLUDING TIME
                                        )  PURSUANT TO THE SPEEDY TRIAL ACT
17       v.                             )
                                        )  Date:   January 30, 2017
18  BRYAN ALVARO CHAVEZ,                )  Time:   1:30 p.m.
                                        )  Court:  Hon. Howard R. Lloyd
19       Defendant.                     )
                                        )
20                                      )

21

22       The parties appeared before the Honorable Howard R. Lloyd on January 30, 2017 for

23  appointment of counsel. With the agreement of the parties, and with the consent of the defendant, the

24  Court enters this order documenting the exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. §

25  3161(h)(7)(A) and (B)(iv), from January 30, 2017 to February 15, 2017. The parties agreed, and the

26  Court found and held, as follows:

27       1.   The parties agreed to the exclusion of time pursuant to the Speedy Trial Act so that

28  defense counsel would have time to review discovery and confer with the defendant, taking into account

[PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
CR 16-0461-LHK

1 | the exercise of due diligence.

2 |     2.    Given these circumstances, the Court found that the ends of justice served by excluding the period from January 30, 2017 to February 15, 2017 from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS HEREBY ORDERED that:

With the consent of Defendant Bryan Alvaro Chavez, the period from January 30, 2017 to February 15, 2017 is excluded from the Speedy Trial Act calculations for effective preparation of counsel, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: 4/6/17

_____
HONORABLE HOWARD R. LLOYD
United States Magistrate Judge

Approved As To Form:

_____/s/_____           Dated: February 9, 2017
MARK D. FLANAGAN
Counsel for Defendant Bryan Alvaro Chavez

_____/s/_____           Dated: February 9, 2017
CLAUDIA A. QUIROZ
Assistant United States Attorney
Counsel for United States

[PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT
CR 16-0461-LHK