UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
CRIMINAL MINUTES

# UNITED STATES OF AMERICA v. FRANCISCO MARMOLEJO, et al.
5:16-CR-00461-LHK

**Court Proceedings:** Status Conference, Wednesday, June 7, 2017
**Location/Time in Court**: Courtroom 8, 9:30-9:36 a.m. (6 minutes)

**Courtroom Deputy:** Irene Mason
**Court Reporter:** Irene Rodriguez
**Interpreter:** None requested

**Representing Plaintiff:** Attorney Claudia Quiroz for the United States of America
**Representing Defendant (1):** Attorney Carleen Arlidge for Francisco Marmolejo
**Representing Defendant (2):** Attorney Michelle Spencer for Jorge Lopez
**Representing Defendant (3):** Attorney Mark Flanagan for Bryan Alvaro Chavez

Hearing held. Defendants present and in-custody. Parties provided the Court with a case update.

The Court **GRANTED** the parties' motion for a continuance. Pursuant to 18 U.S.C. §3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial, and excluded time from June 7, 2017 through and including August 2, 2017. For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv).

The Court **SET** a **Status Conference for Wednesday, August 2, 2017 at 9:15 a.m.**

Court adjourned.