1
ALEX G. TSE (CABN 152348)
First Assistant United States Attorney
2
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515
3

BARBARA J. VALLIERE (DCBN 439353)
4
Chief, Criminal Division

5
CLAUDIA A. QUIROZ (CABN 254419)
Assistant United States Attorney
6

7
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-7428
8
  FAX: (415) 436-7234
  claudia.quiroz@usdoj.gov
9

10
Attorneys for United States of America

11
UNITED STATES DISTRICT COURT

12
NORTHERN DISTRICT OF CALIFORNIA

13
SAN JOSE DIVISION

14
UNITED STATES OF AMERICA,   ) CASE NO. CR-16-0461-LHK
              )
15
   Plaintiff,      ) STIPULATION AND [PROPOSED] ORDER
              ) CONTINUINIG STATUS CONFERENCE AND
16
 v.           ) EXCLUDING TIME PURSUANT TO THE SPEEDY
              ) TRIAL ACT
17
FRANCISCO JAVIER MARMOLEJO, a/k/a )
"Blindy,"         )
18
JORGE LOPEZ, a/k/a "Cowboy," and  )
BRYAN ALVARO CHAVEZ,   )
19
              )
20
   Defendants.     )
              )
21

22
   IT IS HEREBY STIPULATED, by and between the parties to this action, the United States of

23
America and defendants Francisco Javier Marmolejo, Jorge Lopez, and Bryan Alvaro Chavez, that the

24
status conference in the above-captioned matter, presently scheduled for August 2, 2017 at 9:15 a.m., be

25
continued to September 13, 2017.  The reasons for this request are as follow:  Since the last appearance

26
in this matter, the government has continued to provide the defense with discovery and the defense

27
continues to review that material.  The parties are also working on a resolution of this matter, and

28

1 believe that a short continuance will assist in that.  In light of these ongoing discussions, the government

2 has postponed filing a superseding indictment.  Accordingly, the parties jointly request that the matter be

3 continued to September 13, 2017 at 9:15a.m

4          The parties also move for an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. §§

5 3161(h)(7)(A) and (B)(iv) so that defense counsel may have time to further investigate this matter, and

6 confer with the defendants, taking into account the exercise of due diligence.  The parties hereby

7 stipulate that there is good cause—taking into account the public interest in the prompt disposition of

8 this case—to exclude the time from August 2, 2017 from computation under the Speedy Trial Act, and

9 that failing to exclude that time would unreasonably deny the defendants and their counsel the

10 reasonable time necessary for effective preparation of counsel taking into account the exercise of due

11 diligence.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  The parties further agree that the ends of justice

12 would be served by excluding the time from August 2, 2017 to September 13, 2017 from computation

13 under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public

14 and the defendant in a speedy trial.

15 SO STIPULATED.

16

17                                             ALEX G. TSE (CABN 152348)
                                             First Assistant United States Attorney
18                                             Attorney for the United States
                                             Acting Under Authority Conferred by
19                                             28 U.S.C. § 515

20 Dated:  July 19, 2017                       _____/s/_____
                                             CLAUDIA A. QUIROZ
21                                             Assistant United States Attorney

22

23 Dated:  July 19, 2017                       _____/s/_____
                                             CARLEEN R. ARLIDGE
24                                             Counsel for defendant Francisco Marmolejo

25

26 Dated:  July 19, 2017                       _____/s/_____
                                             MICHELLE D. SPENCER
27                                             Counsel for defendant Jorge Lopez

28

Dated:  July 19, 2017

_____/s/_____
MARK D. FLANAGAN
Counsel for defendant Bryan Alvaro Chavez


**[PROPOSED] ORDER**

Good cause having been shown, IT IS HEREBY ORDERED that the status conference currently scheduled for August 2, 2017 at 9:15 a.m. shall be continued to September 13, 2017 at 9:15 a.m.

IT IS FURTHER ORDERED that the period from August 2, 2017 to September 13, 2017 is excluded from the Speedy Trial Act calculations.  The Court finds that the ends of justice served by excluding that period from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing for the defense to prepare effectively, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: July 19, 2017

_____
HONORABLE LUCY H. KOH
United States District Judge



Attestation of Filer

In addition to myself, the other signatories to this document are Carleen R. Arlidge, Michelle D. Spencer, and Mark D. Flanagan.  I attest that I have their permission to enter a conformed signature on their behalf and to file the document.

DATED: July 19, 2017

_____/s/_____
CLAUDIA A. QUIROZ
Assistant United States Attorney